UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

VILLAGE SHORES LLC *et al*,

    Plaintiffs,

Case No.: 16-14498
Hon. Judith E. Levy

vs.

LOCKWOOD, ANDREWS & NEWNAM,
P.C., *et al*

    Defendants.

_____/

## NOTICE OF APPEARANCE

**PLEASE ENTER THE APPEARANCE** of **Michael L. Pitt** of the law firm of **PITT McGEHEE PALMER & RIVERS, P.C**. on behalf of all Plaintiffs relative to the above-referenced matter.

    By: */s/ Michael L. Pitt P24429*
    Michael L. Pitt P24429
    Pitt McGehee Palmer & Rivers, PC
    117 W. Fourth Street, Suite 200
    Royal Oak, MI 48067
    248-398-9800
    mpitt@pittlawpc.com

Dated: March 31, 2017

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing instrument was filed with the U.S. District Court through the ECF filing system and that all parties to the above cause was served via the ECF filing system on March 31, 2017.

    Signature:   ____/s/ Regina Bell____
                            117 W. Fourth Street, Suite 200
                            Royal Oak, MI 48067
                            (248) 398-9800
                            rbell@pittlawpc.com