UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

VILLAGE SHORES LLC; ANGELO'S CONEY ISLAND PALACE, INC.; SHERRY MULHERIN, as next friend of minor child ZM; ZHANNA GARDIN, individually as next friend of minor child KS; JAN BURGESS; MICHAEL SNYDER, Personal Representative of the ESTATE OF JOHN SNYDER, DECEASED; EDDIE HAMMOND; LAQUISHA JACOBS, individually and as next friend of minor children JL and KL; JOSHUA BOGGESS; and DAVID MUNOZ; Individually and On Behalf of All Others Similarly Situated,

    Plaintiffs,

vs.

LOCKWOOD, ANDREWS & NEWNAM, P.C., LOCKWOOD, ANDREWS & NEWNAM, INC., LEO A. DALY COMPANY, VEOLIA NORTH AMERICA, LLC, VEOLIA NORTH AMERICA, INC., VEOLIA WATER NORTH AMERICA OPERATING SERVICES, LLC, GOVERNOR RICK SNYDER, in his individual and official capacities, and the STATE OF MICHIGAN for prospective relief only; CITY OF FLINT; DANIEL WYANT, NICK LYON, ANDY DILLON, LIANE SHEKTER-SMITH, ADAM ROSENTHAL, STEPHEN BUSCH, PATRICK COOK, MICHAEL PRYSBY, BRADLEY WURFEL all in their individual capacities; JEFF WRIGHT, EDWARD

Case No.: 16-14498

Hon. Judith E. Levy

KURTZ, DARNELL EARLEY, GERALD
AMBROSE, DAYNE WALLING,
HOWARD CROFT, MICHAEL GLASGOW
and DAUGHERTY JOHNSON in their
individual and official capacities, jointly and
severally,

           Defendants.

## NOTICE OF APPEARANCE

PLEASE ENTER THE APPEARANCE of Gregory Stamatopoulos of the law firm of Weitz & Luxenberg on behalf of Plaintiffs in the above-referenced matter.

           Respectfully submitted,

Dated: March 31, 2017        By: /s/ Gregory Stamatopoulos
                                          Gregory Stamatopoulos (P74199)
                                          Weitz & Luxenberg, P.C.
                                          719 Griswold, Suite 620
                                          Detroit, MI 48226
                                          (313) 800-4170
                                          pnovak@weitzlux.com

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing instrument was filed with the U.S. District Court through the ECF filing system and that all parties to the above case were served via the ECF filing system on March 31, 2017.

*/s/ Gregory Stamatopoulos*